# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**JASON HARVEY SANFORD,**

        **Plaintiff,**

    **v.**                              CASE NO. 18-3227-SAC

**FINNEY COUNTY, KANSAS, et al.,**

        **Defendants.**

## MEMORANDUM AND ORDER

This matter is a civil rights action filed under 42 U.S.C. § 1983. On June 3, 2021, the court entered an order directing plaintiff to show cause why this matter should not be dismissed for lack of prosecution due to his failure to respond to an order of the court directing him to show cause, or, in the alternative, file an amended complaint.

The court entered the order to show cause after remailing its order concerning the amended complaint and extending the time to respond. Plaintiff has not responded to the original order to show cause or amend or to order of June 3, 2021.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).

"In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771-72 (citations omitted).

IT IS, THEREFORE, BY THE COURT ORDERED this matter is dismissed without prejudice due to plaintiff's failure to prosecute this action.

**IT IS SO ORDERED.**

DATED:  This 30th day of June, 2021, at Topeka, Kansas.


S/ Sam A. Crow

SAM A. CROW
U.S. Senior District Judge